### 14323. Thomas v. The State.

Luke, J. The defendant was accused and convicted of having and possessing intoxicating liquors. The evidence amply authorizes the defendant's conviction, and the conviction has the approval of the trial judge. The several assignments of error attacking the charge of the court are without merit. The jury, as they had a right to do, believed the testimony offered to support the charge, and disbelieved the evidence offered by the defendant. It was not error for any reason assigned to overrule the motion for a new trial.

Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.

Decided May 15, 1923.

Accusation of possessing intoxicating liquor; from city court of Swainsboro — Judge Kirkland. January 24, 1923.

F. H. Saffold, for plaintiff in error.

I. W. Rountree, solicitor, contra.

---

### 14324. Hamilton v. The State.

Bloodworth, J. The motion for a new trial in this case is based upon the general grounds only; there was sufficient evidence to warrant the jury in returning a verdict of guilty; no error of law is shown; and this court will not interfere with the judgment of the trial court overruling the motion for a new trial.

Judgment affirmed. Broyles, C. J., and Luke, J., concur.

Decided May 15, 1923.

Indictment for burglary; from Camden superior court — Judge Summerall. January 27, 1923.

Cowart & Vocelle, for plaintiff in error.

Alvin V. Sellers, solicitor-general, contra.